POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO:        FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br>  STREET ADDRESS: <br>  MAILING ADDRESS: <br>  CITY AND ZIP CODE: <br>  BRANCH NAME:   Northern District of California | |
| PLAINTIFF / PETITIONER:   Gomez <br> DEFENDANT / RESPONDENT:   Annadel Vineyard Partners (De), LLC, et al. | CASE NUMBER: <br> 3:21-cv-09168-RS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 6433837 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice Of Consent To Electronic Service; Civil Cover Sheet; Certificate of Interested Entities; Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under America(5);Civil-Standing-Order; settlement-conference-standing-order; Standing_Order_All_Judges; Advisory Notice To Defendant [Per California Civil Code 55.54(A)(1)]; State Law Requires That You Get This Important Advisory Information For Building Owners And Tenants [Per California Civil Code 55.3(B)(1)(A)]; Defendant's Application Pursuant To Civil Code Section 55.54 Case Number: For Stay And Early Evaluation Conference; Notice Of Stay Of Proceedings And Early Evaluation Conference

3. a. Party served *(specify name of party as shown on documents served)*: <br> Annadel Vineyard Partners (De), LLC, a Delaware Limited Liability Company, dba Westwood Estate Wines
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: <br> Agent for Service of Process: DAVID GREEEN

4. Address where the party was served: <br> 11 EAST NAPA STREET #3 SONOMA , CA 95476

5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*: 12/23/2021     at *(time)*: 12:00 PM     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*: <br> Drew Tomassini/ Employee In Charge
       (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
       (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 12/27/2021 <br> from *(city)*: San diego                                                       or [ ] a declaration of mailing is attached.
       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br>
Judicial Council of California <br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2 <br>
Code of Civil Procedure, § 417.10

Doc ID: f9b0aa0ccb4748ea857d471c40dd2880e7778d4d

| | |
|---|---|
| PLAINTIFF / PETITIONER: Gomez<br>DEFENDANT / RESPONDENT: Annadel Vineyard Partners (De), LLC, et al. | CASE NUMBER:<br>3:21-cv-09168-RS |

5.   c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:     (2) from *(city)*:
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [X] On behalf of *(specify)*: Annadel Vineyard Partners (De), LLC, a Delaware Limited Liability Company, dba Westwood Estate Wines
    under the following Code of Civil Procedure section:
    [X] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
    [ ] other:

7. **Person who served papers**
  a. Name: ERIC WALTON
  b. Address: 9450 Mira Mesa Blvd, C-208 | San Diego, CA | 92126
  c. Telephone number: (888) 884-5745
  d. **The fee** for service was: $ 190
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner   [ ] employee   [X] independent contractor
      (ii) Registration No: P-413
      (iii) County: Sonoma,

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01 / 03 / 2022

ERIC WALTON
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

*(signature)*
(SIGNATURE)