CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Isabel Masanque,Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**, | **Case No. 3:21-cv-09168-RS** |
| Plaintiff, | **Request for Entry of Default (As to Annadel Vineyard Partners (De), LLC, a Delaware Limited Liability Company, dba Westwood Estate Wines only)** |
| v. | |
| **Annadel Vineyard Partners (De), LLC, a Delaware Limited Liability Company**, dba Westwood Estate Wines, | |
| Defendants. | |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff ANDRES GOMEZ ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the Defendant ANNADEL VINEYARD PARTNERS (DE), LLC, A DELAWARE LIMITED LIABILITY COMPANY, dba Westwood Estate Wines ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant on December 27, 2021, as evidenced by the proof of service of summons on file with this Court. To date, Defendant has not appeared. *See* Declaration of Isabel Masanque, filed

1

1  concurrently.

2

3

4  Dated: January 28, 2022     CENTER FOR DISABILITY ACCESS

5

6                    By: /s/ Isabel Masanque

7                    Isabel Masanque
                        Attorneys for Plaintiff

2