UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNADEL VINEYARD PARTNERS (DE), LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>        Defendant. | Case No.  21-cv-09168-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 12, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 19, 2022**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  March 8, 2022

_____
Richard Seeborg
Chief United States District Judge